**Opinion issued December 20, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00577-CV

———————————

## HANG THI NGUYEN AND HENRY NGUYEN, Appellants

## V.

## EVERBANK, Appellee

---

### On Appeal from the 157th District Court
### Harris County, Texas
### Trial Court Cause No. 2015-04539

---

### MEMORANDUM OPINION

Appellants, Hang Thi Nguyen and Henry Nguyen, have neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041(1) (West 2013), § 101.0411 (West Supp. 2016); Order Regarding Fees

Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). After being notified by the Clerk of this Court on August 15, 2016, and again on October 17, 2016, that this appeal was subject to dismissal for want of prosecution for failure to pay the required filing fee, appellants did not timely respond. *See* TEX. R. APP. P. 5, 42.3(b), (c).

Accordingly, we dismiss the appeal for nonpayment of the required filing fee and for want of prosecution. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Lloyd.